# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 2, 2016

## NO. 03-16-00426-CV

**ATX Painting Company, Inc., Appellant**

**v.**

**Fine Line Commercial, LLC, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICE GOODWIN AND BOURLAND**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court. ATX Painting Company, Inc. has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.